RECEIVED
IN LAFAYETTE, LA.

JAN 1 3 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LLOYD HENRY PHILLIPS | CIVIL ACTION NO. 6:10-CV-01523 |
| VERSUS | JUDGE HAIK |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision be **REVERSED** and **REMANDED** for reconsideration of steps three and five of the disability analysis, consistent with the report and recommendation.

Lafayette, Louisiana, this 12th day of January 2012.

Richard T. Haik
United States District Judge